

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

MEMORANDUM ORDER

Appellate case name:     Schlumberger Limited and Schlumberger Technology Corporation
v. Charlotte Rutherford

Appellate case number:   01-14-00776-CV

Trial court case number: 2014-13621

Trial court:             127th District Court of Harris County

Appellants/cross-appellees Schlumberger Limited and Schlumberger Technology Corporation ("Schlumberger") and appellee/cross-appellant Charlotte Rutherford have filed an "Amended Joint Agreed Motion for Second Extension of Time and to Modify the Briefing Schedule." The joint motion is **granted**, and the briefing schedule in this case is amended as follows:

- Schlumberger's response brief as cross-appellees and Rutherford's response brief as appellee are due by **January 20, 2015**

- Schlumberger's reply brief as appellants and Rutherford's reply brief as cross-appellant are due by **March 13, 2015**

It is so ORDERED.

Judge's signature:/s/ Michael Massengale
                  ☑ Acting individually    ☐ Acting for the Court

Date: January 8, 2015